**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MEDI-WEIGHTLOSS FRANCHISING
USA, LLC, et al.,

    Plaintiffs,

v.                                     Case No:  8:11-CV-2437-T-30MAP

MEDI-WEIGHTLOSS CLINIC OF
BOCA RATON, LLC, et al.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** comes before the Court upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #22) and the Objections (Dkt. #25) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge and the Objections, in conjunction with an independent examination of the file, the Court concludes that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED** that:

1.      The Report and Recommendation (Dkt. #22) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.      Plaintiffs' Motion for Preliminary Injunctive Relief (Dkt. #2) is GRANTED IN PART AND DENIED IN PART to the extent indicated below:

3.      Defendants Dr. Paul Martinez and Medi-Weightloss Clinic of Boca Raton, LLC are enjoined as follows:

    A.      Dr. Paul Martinez and Medi-Weightloss Clinic of Boca Raton, LLC, and their agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with them shall not operate a Competitive Business, as defined in the parties agreements, in the same location or within twenty-five miles from the Medi-Boca Clinic, located at 555 N. Federal Highway, Suites 18-20, Boca Raton, Florida 33432, or any other Medi-Weightloss Clinics Business;

    B.      Dr. Paul Martinez and Medi-Weightloss Clinic of Boca Raton, LLC, and their agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with them shall not disclose or publish to any party, or copy or use for such party's own benefit or for the benefit of any other party, any of Plaintiffs' confidential information as defined in the parties' agreements;

C. Dr. Paul Martinez and Medi-Weightloss Clinic of Boca Raton, LLC, and their agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with them shall not use any of Plaintiffs' marks, and any signs, slogans, symbols, logos, advertising materials, forms, products and other items bearing Plaintiffs' marks;

D. Dr. Paul Martinez and Medi-Weightloss Clinic of Boca Raton, LLC, and their agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with them shall not use Plaintiffs' trade secrets and confidential business information, including but not limited to the Medi-System and the know-how related to its use;

E. Dr. Paul Martinez and Medi-Weightloss Clinic of Boca Raton, LLC, and their agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with them shall not operate or do business under any name or in any manner that gives the general public the impression that Dr. Paul Martinez or the Medi-Weightloss Clinic of Boca Raton, LLC franchise are in any way connected with Plaintiffs or that Dr. Paul Martinez or Medi-Weightloss Clinic of Boca Raton, LLC have the right to use Plaintiffs' confidential information, Plaintiffs' marks or the Medi-System.

4. Plaintiffs are required to post a bond in the amount of $10,000.

5. Plaintiffs' Motion is DENIED as to Dr. Eliot Slater.

**DONE** and **ORDERED** in Tampa, Florida on January 30, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies Furnished to**:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2437.adopt 22.wpd