**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MEDI-WEIGHTLOSS FRANCHISING
USA, LLC, et al.,

     Plaintiff(s),

v.                             Case No:  8:11-CV-2437-T-30MAP

MEDI-WEIGHTLOSS CLINIC OF
BOCA RATON, LLC, et al.,

     Defendant(s).
_____/

## ORDER

     **THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Mark A. Pizzo (Dkt. #57) and the Plaintiffs' Objections (Dkt. #66) filed thereto.

     After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

     **ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.     The Report and Recommendation (Dkt. #57) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2.     Plaintiff's Motion for Contempt and Sanctions (Dkt. #29) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on June 28, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>**Copies Furnished to**</u>:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2437.adopt 57.wpd