**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MEDI-WEIGHTLOSS FRANCHISING USA,
LLC, et al.,

    Plaintiffs,

v.                                                   Case No: 8:11-cv-2437-T-30MAP

MEDI-WEIGHTLOSS CLINIC OF BOCA
RATON, LLC, et al.,

    Defendants.

_____

ORDER

The Court has been advised via a Joint Motion to Stay Proceedings Pending Finalization of Settlement Documents (Dkt. #117) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla, it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of October, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record                                         F:\Docs\2011\11-cv-2437 dismiss 117.docx