UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEDI-WEIGHTLOSS FRANCHISING
USA, LLC, a Florida limited liability company;
PHYSICIAN'S HEALTH MANAGEMENT,
LLC, a Florida limited liability company;
MEDI IP, LLC, a Florida limited Liability
company; MEDI-WEIGHTLOSS CLINICS,
LLC, a Florida limited liability company,

        Plaintiffs,

Case No. 8:11 CV 02437-JSM-MAP

v.

MEDI-WEIGHTLOSS CLINIC OF BOCA
RATON, LLC, a Florida limited liability
company, ELIOT SLATER, M.D., individually,
and PAUL MARTINEZ, individually.

        Defendants.
_____/

## PERMANENT CONSENT INJUNCTION

**THIS CAUSE** came before the Court on the parties' Joint Motion for Entry of Permanent Consent Injunction (the "Joint Motion"). The Court, having reviewed the Motion and otherwise being advised on the premises, finds and orders as follows:

The Court finds that:

1.    On October 25, 2011, MEDI-WEIGHTLOSS FRANCHISING USA, LLC, PHYSICIAN'S HEALTH MANAGEMENT, LLC, MEDI IP, LLC, and MEDI-WEIGHTLOSS CLINICS, LLC (collectively, "Plaintiffs") filed a Verified Complaint against, Defendants, MEDI-WEIGHTLOSS CLINIC OF BOCA RATON, LLC, ELIOT SLATER, M.D., and PAUL MARTINEZ (collectively, "Defendants"). In the ten (10) count Verified Complaint, Plaintiffs

alleged claims against Defendants for, *inter alia*, breach of contract, breach of mutual settlement, past due fees, Lanham Act violations, misappropriation of trade secrets, and common law unfair competition. Defendants deny liability as to the claims alleged by Plaintiffs.

2.  Also on October 25, 2011, Plaintiffs filed a Motion for Preliminary Injunction and Incorporated Memorandum of Law requesting that the Court enjoin Defendants from engaging in certain competitive activities in violation of the Parties' agreements, federal law, and the common law.

3.  On January 30, 2012, the Court entered an Order granting Plaintiff's Preliminary Injunction (the "Preliminary Injunction"), as set forth in the Magistrate Judge's Report and Recommendation. Pursuant to the Preliminary Injunction, Plaintiffs posted a surety bond in the amount of $10,000.00 with Travelers Casualty and Surety Company of America, as surety, as protection to Defendants.

4.  The Parties have agreed to the entry of an injunction against Defendant, Medi-Weightloss Clinic of Boca Raton, LLC, and release of the surety bond, as described in the Joint Motion.

5.  Accordingly, after consideration of the Joint Motion,

**IT IS HEREBY ORDERED AND ADJUDGED** that:

1. The Joint Motion is GRANTED. Defendant, Medi-Weightloss Clinic of Boca Raton, LLC, is permanently enjoined as follows:

    a. Medi-Weightloss Clinic of Boca Raton, LLC, and its agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with it shall not operate a Competitive Business, as defined in the parties' agreements, in the same location or within twenty-five

(25) miles, as the crow flies, from the Medi-Boca Clinic previously located at 555 N. Federal Highway, Suites 18-20, Boca Raton, Florida 33432, or any other Medi-Weightloss Clinics Business;

b. Medi-Weightloss Clinic of Boca Raton, LLC, and its agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with it shall not disclose or publish to any party, or copy or use for such party's own benefit or for the benefit of any other party, any of Plaintiffs' confidential information, as defined in the parties' agreements;

c. Medi-Weightloss Clinic of Boca Raton, LLC, and its agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with it shall not use any of Plaintiffs' marks, and any signs, slogans, symbols, logos, advertising materials, forms, products and other items bearing Plaintiffs' marks;

d. Medi-Weightloss Clinic of Boca Raton, LLC, and its agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with it shall not use Plaintiffs' trade secrets and confidential business information, including, but not limited to, the Medi-System and the know-how related to its use;

e. Medi-Weightloss Clinic of Boca Raton, LLC, and its agents, servants, employees, attorneys, and any other persons or entities who are in active concert or participation with it shall not operate or do business under any name or in any manner that gives the general public the impression that Medi-

Weightloss Clinic of Boca Raton, LLC, is in any way connected with Plaintiffs or that Medi-Weightloss Clinic of Boca Raton, LLC, has the right to use Plaintiffs' confidential information, Plaintiffs' marks or the Medi-System.

2. This Court ~~shall~~ retain jurisdiction to enforce this injunction *for one year from date.* JM J.

3. The surety bond posted by Plaintiffs, Medi-Weightloss Franchising USA, LLC, Physician's Health Management, LLC, Medi IP, LLC, Medi-Weightloss Clinics, LLC, on February 2, 2012 [Dkt. 28] binding them to Defendants, Medi-Weightloss Clinic of Boca Raton, LLC, and Paul Martinez, is hereby released, and accordingly, the surety, Travelers Casualty and Surety Company of America is also released from any obligation in connection with the surety bond and/or the Preliminary Injunction for which the surety bond was posted.

**DONE and ORDERED** in Tampa, Florida on November 30, 2012.

*/s/ James S. Moody*
James S. Moody, Jr.
United States District Judge

**Copies To:**
All Counsel of Record

PD.7929797.3

7